# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOSPICE MANAGEMENT HOLDINGS, LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 16-10670 (LSS) |
| In re:<br><br>HOSPICE OF ARIZONA, LC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 16-10672 (LSS) |
| In re:<br><br>HOSPICE OF CENTRAL VIRGINIA, LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 16-10673 (LSS) |
| In re:<br><br>EMBRACING HOSPICECARE, LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 16-10674 (LSS) |
| In re:<br><br>EMBRACING HOSPICECARE OF SOUTH ATLANTA, LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 16-10675 (LSS) |
| In re:<br><br>AMERICAN HOSPICE MANAGEMENT, LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 16-10676 (LSS) |
| In re:<br><br>FRONTIER HOSPICE, LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 16-10677 (LSS) |

| | |
|---|---|
| In re:<br><br>HOSPICE OF NEW JERSEY, LLC,<br><br>      Debtor. | Chapter 11<br><br>Case No. 16-10678 (LSS) |
| In re:<br><br>FMC HOSPICE - CONROE, LLC,<br><br>      Debtor. | Chapter 11<br><br>Case No. 16-10679 (LSS) |
| In re:<br><br>FMC - DEEP EAST TEXAS, LLC,<br><br>      Debtor. | Chapter 11<br><br>Case No. 16-10680 (LSS) |
| In re:<br><br>HOSPICE OF PENNSYLVANIA, LLC,<br><br>      Debtor. | Chapter 11<br><br>Case No. 16-10671 (LSS) |

**Docket Ref No. 2**

## ORDER DIRECTING JOINT
## ADMINISTRATION OF CHAPTER 11 CASES

Upon the Debtors' motion (the "Motion")[1] for entry of an order (this "Order") directing the Debtors' chapter 11 cases to be jointly administered for procedural purposes only and granting related relief, all as more fully set forth in the Motion; and due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and this Court's entry of a final order being consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been held to consider the relief requested in the Motion (the

---

[1]    Capitalized terms used but not defined in this Order have the meanings used in the Motion.

DOCS_DE:205912.3 03707/001

"Hearing"); and upon the Mahosky Declaration and the record of the Hearing and all the proceedings had before the Court; and the Court having found and determined the relief requested in the Motion to be in the best interests of the Debtors, their estates and creditors, and any parties in interest; and the legal and factual bases set forth in the Motion and at the Hearing having established just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. Each of the above-captioned chapter 11 cases of the Debtors are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 16-10670 (LSS).

3. Nothing contained in the Motion or this Order is to be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

4. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>AMERICAN HOSPICE MANAGEMENT HOLDINGS, LLC et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10670 (LSS)<br><br>Jointly Administered |
|---|---|

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: American Hospice Management, LLC (4237), Hospice of Central Virginia, LLC (6612), Embracing HospiceCare, LLC (2674), Embracing HospiceCare of South Atlanta, LLC (2689), American Hospice Management Holdings, LLC (2689), Frontier Hospice, LLC (0349), Hospice of New Jersey, LLC (9123), FMC Hospice - Conroe, LLC (8960), FMC - Deep East Texas, LLC (8614), Hospice of Arizona, LC (1618), and Hospice of Pennsylvania, LLC (9749). The Debtors' headquarters is located at 50 North Laura Street, Suite 1800, Jacksonville, Florida 32202.

5. All pleadings and notices shall be captioned as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the case of American Hospice Management Holdings, LLC, Case No. 16-10670 (LSS).

6. A docket entry shall be made in each of the Debtors' cases (except that of American Hospice Management Holdings, LLC) substantially similar to the following:

> An order has been entered in this case consolidating this case with the case of American Hospice Management Holdings, LLC (Case No. 16-10670 (LSS)) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 16-10670 (LSS) should be consulted for all matters affecting this case.

7. The Debtors are directed to include the following footnote to each pleading they file and notice they mail in these cases, listing the Debtors in these chapter 11 cases and the last four numbers of their tax identification numbers along with the address of the Debtors' corporate headquarters only:

> The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: American Hospice Management, LLC (4237), Hospice of Central Virginia, LLC (6612), Embracing HospiceCare, LLC (2674), Embracing HospiceCare of South Atlanta, LLC (2689), American Hospice Management Holdings, LLC (2689), Frontier Hospice, LLC (0349), Hospice of New Jersey, LLC (9123), FMC Hospice - Conroe, LLC (8960), FMC - Deep East Texas, LLC (8614), Hospice of Arizona, LC (1618), and Hospice of Pennsylvania, LLC (9749). The Debtors' headquarters is located at 50 North Laura Street, Suite 1800, Jacksonville, Florida 32202.

8. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

9. The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

10. This Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated: March 22, 2016
Wilmington, Delaware

The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge